UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

1ST RATE MORTGAGE CORP.,

        Plaintiff,

v.                                                     Case No. 09-C-471

VISION MORTGAGE SERVICES CORP., et al.

        Defendants.

## ORDER

Defendant Ronald Hugo has filed a letter asking that I reconsider my partial denial of his summary judgment motion. The motion will be denied. Hugo cites a few lines from the deposition testimony of Plaintiff William Thayse that Hugo claims show that Thayse authorized his conduct. Read generously, the deposition testimony *could* suggest consent, but consent was not the topic of the deposition questions and the few sparse responses certainly do not show conclusively that Thayse had given consent to copy the files in question. Hugo is free to argue the point to the jury (if it is relevant), but it is not a basis for reconsideration.

In addition, the issue of consent was not a part of the motion for summary judgment. Thus, there is no basis to "reconsider" that decision. The motion is **DENIED**.

**SO ORDERED** this   22nd   day of November, 2011.

                                                          s/ William C. Griesbach
                                                          William C. Griesbach
                                                          United States District Judge